STATE of Missouri, Respondent,

v.

Robert RINGER, Appellant.

Nos. WD 45662, WD 47451.

Missouri Court of Appeals, Western District.

Aug. 24, 1993.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and BERREY and SMART, JJ.

ORDER

PER CURIAM:

Defendant appeals from his conviction of receiving stolen property. The direct appeal has been consolidated with his appeal

from the denial of a Rule 29.15 motion for post-conviction relief.   Rule 29.15(1).

The judgment of conviction is affirmed. Rule 30.25(b).

The appeal from denial of post-conviction relief is dismissed, as defendant failed to raise any issues regarding that proceeding.

*State v. Barnard,* 820 S.W.2d 674, 677 (Mo.App.1991).